# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| Sherrie M. Rode, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) Case No. 10-3115-CV-S-JTM |
| | ) |
| Michael J. Astrue, | ) |
| | ) |
| Defendant. | ) |

## ORDER

On Tuesday, May 10, 2011, the Court heard oral argument on the *Plaintiff's Social Security Brief*, filed November 22, 2010 [Doc. 14] and the *Brief for Defendant*, filed February 4, 2011 [Doc. 17]. After due consideration of the issues presented, and for the reasons set forth at the conclusion of the oral argument on May 10, 2011, it is

**ORDERED** that the decision of the Commissioner is **AFFIRMED**.


　　　　　　　　　　　　　　　　　　　/s/ John T. Maughmer　　　　
　　　　　　　　　　　　　　　　　**JOHN T. MAUGHMER**
　　　　　　　　　　　　　　　**U. S. MAGISTRATE JUDGE**