# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| **Sherrie M. Rode,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| V. | ) Case No. 10-3115-CV-S-JTM |
| | ) |
| **Michael J. Astrue,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

Pending before the Court is *Plaintiff's Motion To Reconsider*, filed May 12, 2011 [Doc. 20]. After due consideration of the issues presented therein, and for the reasons ably set forth in *Defendant's Response To Plaintiff's "Motion To Reconsider" Court's Affirmance Of Commissioner's Decision*, filed June 10, 2011, it is

**ORDERED** that inasmuch as substantial evidence on the record as a whole supports the Commissioner's decision, the *Plaintiff's Motion To Reconsider*, filed May 12, 2011 [Doc. 20] is **DENIED**.

   */s/ John T. Maughmer*   
   **JOHN T. MAUGHMER**
   **U. S. MAGISTRATE JUDGE**